JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER GUTIERREZ, ) | Case No. ED CV 16-1817-DSF (SP) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: 8/29/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE